U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

01 SEP 20 PM 2:05

MICHAEL N. MILBY, CLERK

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NELLY HERNANDEZ-DELGADO,           )
                                    )
v.                                  )       C.A. No B-01-161
                                    )
E.M. TROMINSKI, INS DISTRICT        )
    DIRECTOR and                    )
JOHN ASHCROFT, UNITED STATES        )
    ATTORNEY GENERAL.               )
_____)

PETITION FOR WRIT OF HABEAS CORPUS

Comes Nelly Hernandez-Delgado, by and through counsel, and, pursuant to 28 USC §2241(c)(1) and (c)(3), files the instant Petition for Writ of Habeas Corpus, seeking relief from a final order of deportation, entered on or about September 23, 1992.

I. THE FACTS AND PROCEDURAL HISTORY

1. Petitioner Nelly Hernandez, A29 655 763, is a native and citizen of Mexico, who is the daughter of Patricio Delgado, A90 715 657, who obtained temporary, and later, permanent residence through the provisions of the Immigration Reform and Control Act of 1996.

2. As of May 5, 1988, she was the minor, unmarried daughter of said individual, and was physically present in the United States.

3. Subsequently, Ms. Hernandez was placed under deportation proceedings, and a final order was issued on or about September 23, 1992, in the form of a grant of voluntary departure, with an alternative order of deportation in the event that she failed to depart in a timely fashion. She has not departed the United States since that time, and is under a final order of deportation.

4. In approximately June of 1993, Ms. Hernandez was granted two years voluntary departure, under the provisions of the Family Unity Provisions, §301 of the Immigration Act of 1990. (Petitioner's Exhibit "A"), incorporated by reference.[1] Although she did not timely renew her status, an application for renewal was recently filed with INS. (Petitioner's Exhibit "B" herein incorporated by reference) Two of her siblings, also over the age of 21, have recently received approval notices of the extensions of their Family Unity status. (Petitioner's Exhibit "C").

5. Notwithstanding the fact that Ms. Hernandez qualifies for such status, INS issued a "bag and baggage" letter, requiring that she surrender for deportation in Salt Lake City, Utah, on September 20, 2001. (Petitioner's Exhibit "D" incorporated herein by reference). Attempts by her attorney to resolve the situation with that office were unsuccessful, and the last word that he received, from a secretary in that office, was that the demand would not be canceled, and that she was required to surrender, following which, she would be deported.

6. Since she was not at that time in the Salt Lake area, and since her immigration attorney, Robert Crane, of Weslaco, Texas, is located in this jurisdiction, she decided to present herself to the INS in Harlingen, Texas. The undersigned spoke with the Deportation Officer on duty in Harlingen, Danny Ramirez, on the morning of September 20, 2001, and advised him of the situation. Shortly thereafter, he contacted Petitioner's attorney, Robert Crane, and requested that she not be presented until 2:00 in the

---

[1] The grant of voluntary denial was couched as a "denial," because of certain technicalities which have subsequently been resolved, as evidenced by Exhibit C, (herein incorporated by reference), granting such status to Petitioner's brother, Jorge, (who is also over the age of 21 years).

2

afternoon. She complied, and presented herself, with Attorney Crane, at that hour, and is, at the moment this petition is filed, in the actual custody of Respondent Trominski, in Harlingen, within the jurisdiction of this Court.

## II. CAUSE OF ACTION

This Court has jurisdiction under 28 U.S.C. §2241. Ms. Hernandez is in the actual custody of Respondent Trominski, within the jurisdiction of this Court.

Petitioner's status under the Family Unity Program is independent of her age, marital status, or the fact that she did not file a timely application to renew her documentation under that program. The order of deportation is, for that reason, invalid, and subject to being vacated by this Court. *See, Hernandez v. Reno,* 91 F.3d 776 (5th Cir. 1996).

WHEREFORE, it is urged that the instant petition be granted.

IT IS FURTHER URGED that an Order to Show Cause issue forthwith, requiring that INS show cause for the detention of which she complains herein.

Respectfully Submitted,

*[signature: Lisa S. Brodyaga]*

Lisa S. Brodyaga, Attorney at Law
17891 Landrum Park Rd.
San Benito, TX 78586
(956) 421-3226

Fed Id: 1178
Tx State Bar. 03052800

3

## VERIFICATION

I, Lisa S. Brodyaga, certify that I am familiar with the facts as stated above, and that they are true and correct to the best of my knowledge and belief.

_____
Lisa S. Brodyaga

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with Exhibits, was faxed to the Office of Lisa Putnam, SAUSA, 1701 Zoy St., Harlingen, Texas, on this 20th day of September, 2001.

_____

```
          UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
              BROWNSVILLE DIVISION
```

NELLY HERNANDEZ-ROBLEDO,           )
                                    )
v.                                  )        C.A. No.
                                    )
E.M. TROMINSKI, INS DISTRICT        )
    DIRECTOR                        )
_____)


EXHIBIT "A" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

**U. S. Department of Justice**
**Immigration and Naturalization Service**                                    Notice of Action

| Applicant/Petitioner A # | Application/Petition   I817 |
|---|---|
| A29 655 763 | APPLICATION FOR VOLUNTARY DEPARTURE UNDER FAMILY UNITY PROGRAM |
| Receipt # | Applicant/Petitioner |
| SRC-93-182-50901 | DELGADO, NELLY PATRICIA |
| Notice Date | Page | Beneficiary |
| June 30, 1993 | 1 of 1 | |

NELLY PATRICIA DELGADO
BOX 207 C
LOS FRESNOS TX 78566

Denial Notice

Principal Alien:
DELGADO, PATRICIO           A90 715 657

Notice also sent to:
Representative

The above applicant applied for voluntary departure under the Family Unity Program, created by section 301 of the Immigration Act of 1990, Public Law 101-649. To be eligible as the spouse or unmarried child of a legalized alien, the applicant must establish that the legalized alien applied for such status under section 210 or section 245A of the Immigration and Nationality Act, or section 202 of the Immigration Reform and Control Act of 1986, prior to May 5, 1988.

The record here indicates that the legalized alien did not apply for status prior to May 5, 1988. Accordingly, this application is hereby denied.

However, the applicant is granted voluntary departure in accordance with Title 8, Code of Federal Regulations, Part 242.5. The authorized period of voluntary departure is valid for two (2) years from the date of this notice.

If the applicant wishes to apply for an employment authorization document, he or she must file Form I-765 with the local office. Block (c)(12) should be checked as the basis of eligibility. The applicant will be required to file credible evidence with the application to establish identity and eligibility.

Voluntary departure does not authorize travel outside the U.S. If an emergency requries travel outside the U.S., the applicant may file an application for advance permission to travel, on Form I-131, with the local INS office.

You will be notified separately about any other applications or petitions you filed. Save this notice. Please enclose a copy of it if you write to us about this case, or if you file another application based on this decision. Our address is:
IMMIGRATION & NATURALIZATION SERVICE
SOUTHERN SERVICE CTR
P O BOX 152122 - DEPT A
IRVING TX 75015-2122
Tel: (214) 767-7769

Form I-797 (8/03/98) Y                                   Please see additional information on the back.

ABSTRACT OF BIRTH FACTS

United States of Mexico
State of Tamaulipas, Municipality of Camargo

The Official of the Civil Registry, certifies that in Book 2 of the Civil Registry, page 50, Act 250, is found the following:

BIRTH CERTIFICATE

NAME: NELLY PATRICIA DELGADO ROBLEDO
DATE OF BIRTH: April 25, 1974
PLACE OF BIRTH: Valle Hermoso, Tamaulipas
A female child presented alive by her mother on August 29, 1980.

PARENTS:

PATRICIO DELGADO, Mexican, 44 years
PASQUALA ROBLEDO, Mexican, 37 years.

GRANDPARENTS:

Paternal Grandfather: PEDRO MUNIZ
Paternal Grandmother: MARIA DEL REFUGIO DELGADO
Maternal Grandfather: LINO ROBLEDO
Maternal Grandmother: JUANA CRUZ

WITNESSES:

ANTONIO MATA, 31 years
LEONARDO LOPEZ, 22 years

Issued at Anahuac, Tamaulipas, November 8, 1988

CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, certify that I am competent in the English and Spanish languages, and that the foregoing is a true and correct English abstract of the birth certificate of Nelly Patricia Delgado Robledo, to the best of my knowledge and belief.

_____
September 20, 2001



# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO DE TAMAULIPAS
### REGISTRO CIVIL

Nº 244862

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE **TAMAULIPAS.**
Y COMO DIRECTOR DEL REGISTRO CIVIL DEL ESTADO CERTIFICO QUE EN EL L
BRO No. **02** DEL ARCHIVO GENERAL DEL REGISTRO CIVIL EN LA FOJA **50** SE EN
CUENTRA ASENTADA EL ACTA No **250** LEVANTADA POR EL C OFICIAL _____ DEL
REGISTRO CIVIL **DESIDERIO GONZALEZ A.**
RESIDENTE EN **ANAHUAC., TAM.**
EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS

FECHA DE REGISTRO 29 DE AGOSTO DE 1980.

## ACTA DE NACIMIENTO

NOMBRE **NELLY PATRICIA DELGADO ROBLEDO.**

FECHA DE NACIMIENTO   DIA **25**   MES **ABRIL**   AÑO **1974**   HORA **12:00 A.M.**

PRESENTADO:   VIVO (X)   MUERTO ( )   MASCULINO ( )   FEMENINO (X)

LUGAR DE NACIMIENTO **VALLE HERMOSO., TAM.**

COMPARECIO:   EL PADRE ( )   LA MADRE (X)   AMBOS ( )   PERSONA DISTINTA ( )   REGISTRADO ( )

### PADRES

NOMBRE **PATRICIO DELGADO.**
NACIONALIDAD **MEXICANA.**   EDAD **44** AÑOS
NOMBRE **PASCUALA ROBLEDO.**
NACIONALIDAD **MEXICANA.**   EDAD **37** AÑOS

### ABUELOS

ABUELO PATERNO **PEDRO MUÑIZ.** (+)   NACIONALIDAD " " "
ABUELA PATERNA **MARIA DEL REFUGIO DELGADO.** (+)   NACIONALIDAD " " "
ABUELO MATERNO **LINO ROBLEDO.** (+)   NACIONALIDAD " " "
ABUELA MATERNA **JUANA CRUZ.**   NACIONALIDAD " " "

### TESTIGOS

NOMBRE **ANTONIO MATA.**   EDAD **31** AÑOS
NACIONALIDAD " " " " " " "
NOMBRE **LEONARDA LOPEZ.**   EDAD **22** AÑOS
NACIONALIDAD " " " " " " "

No. DE CERTIFICADO DE NACIMIENTO " " " " " " " "   C.U.R.P " " " " " " " "

PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE _____
PARENTESCO _____   EDAD _____ AÑOS

SE EXTIENDE ESTA CERTIFICACION EN CUMPLIMIENTO DEL ARTICULO **37** DEL
CODIGO CIVIL VIGENTE EN EL ESTADO EN LA CIUDAD DE **ANAHUAC**
CAPITAL DEL ESTADO DE **TAMAULIPAS** A LOS **05** DIAS DEL MES DE
**NOVIEMBRE** DE **1988** DOY FE.

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

OFICINA DEL REGISTRO CIVIL
ANAHUAC, MUNICIPIO DE
VALLE HERMOSO, TAM.

**MA. ANTONIA J. DE AVILA.**
NOMBRE                    FIRMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NELLY HERNANDEZ-ROBLEDO,    )
                            )
v.                          )        C.A. No.
                            )
E.M. TROMINSKI, INS DISTRICT )
    DIRECTOR                )
_____)


EXHIBIT "B" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

## JONES AND CRANE
ATTORNEYS AT LAW
1025 North Texas, Palm Plaza Suite E
P.O. DRAWER 1045
WESLACO, TEXAS 78596

ROBERT H. CRANE
*Board Certified Immigration & Nationality Law*
*Texas Board of Legal Specialization*

JAIME DIEZ

TELEPHONE
(956)968-5468
(956)383-6433
FAX (956)969-0118
E-mail rcrane2@ix.netcom.com

September 13, 2001

U.S. Department of Justice
Immigration & Naturalization Service
California Service Center
P.O. Box 10589
Laguna Niguel, CA 92607-0589

    RE:    Application for Voluntary Departure under the Family Unity Program
             Applicant: Nelly Patricia Delgado-Robledo
             A-file Number: A29 655 763

Gentlemen:

Enclosed is an application for family unity benefits for Nelly Patricia Delgado-Robledo. This applicant was the child of a legalized alien as of May 5, 1988, who has subsequently turned age 21 and has married. As we have noted in applications for her siblings, she remains qualified for family unity protection under Section 301 of IMMACT-90. See <u>Hernandez v. Reno</u>, 91 F.3d 776 (5th Cir. 1996).

Enclosed are:

1. Form I-817 with our check number 20801 for the filing fee in amount of $145.00
2. Copy of Form I-688B, now expired, issued pursuant to earlier grant, and copy of social security card
3. Copy of Mexican birth registration showing her to be the daughter of Patricio Delgado.
4. Copy of I-797 notice of approval of prior application for Family Unity by this applicant
5. Copy of forms I-797 currently approved for siblings and mother of this applicant
6. Evidence of physical presence of the applicant in the United States since prior to May 5, 1988.
7. Copy of marriage certificate of applicant's parents

Thank you for your consideration

Very truly yours,

Robert H. Crane

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0166
Application for Voluntary Departure Under the Family Unity Program

# START HERE - Please Type or Print

## PART 1. Information about you, the applicant for Family Unity Benefits

| Family Name | DELGADO de Hernandez | Given Name | Nelly | Middle Initial | P. |

Address - C/O

| Street | 120 South 500, West | Apt. | / |
| City | Hayrum | State | Utah | Zip Code | 84319 |

| Date of Birth (month/day/year) | 04/25/74 | Country of Birth | Mexico |
| Social Security # (if any) | 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 | A# (if any) | 29 655 763 |
| Date of Arrival (month/day/year) | April 1988 | I-94J (if any) | None |
| Current Immigration Status | | Expires on (month/day/year) | |

## Part 2. Type of Application.

1. Relationship to a legalized alien (check one):
   a. ☐ I am the spouse of a legalized alien and have been married to him or her since at least May 5, 1988.
   b. ☒ I am the unmarried child of a legalized alien and this relationship was established before May 5, 1988.

2. I am applying for (check one):
   a. ☐ Initial voluntary departure under the Family Unity Program.
   b. ☒ An extension of voluntary departure granted under the Family Unity Program.

## Part 3. Information about the legalized alien you are related to.

| Family Name | DELGADO | Given Name | Patricio | Middle Initial | |

Address - C/O

| Street Number and Name | 120 South 500 West | Apt. | / |
| City | Hayrum | State | Utah | Zip Code | 84319 |

| Date of Birth (month/day/year) | 04/19/36 | Country of Birth | Mexico |
| Social Security # | 518 29-4969 | A# | A090 715 657 |

## Part 4. Processing Information.

If separate applications for Family Unity benefits are also being submitted for other relatives, give names of each and list relationship. **Pascuala ROBLEDO de Delgado, Jorge DELGADO Robledo & Cesar DELGADO Robledo**

Have you ever applied for Family Unity benefits before?  ☒ Yes   ☐ No
If "Yes", give name under which you applied, place and date of filing, A# assigned, and result.
**A29 655 763 Irving, TX 10/02/95**

Form I-817 (Rev. 09/10/91)N     Continued on back.

### FOR INS USE ONLY

Receipt

Returned

Resubmitted

Reloc Sent

Reloc Rec'd

Remarks

Action Block

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

**Part 4.  Processing Information** *(con't).*

D.  Have you ever been in exclusion or deportation proceedings?  ☐ No  ☒ Yes. If yes, explain on a separate sheet, including where and when the proceedings took place.

Granted voluntary Departure in the State of Montana

E. Address where you resided in the United States on May 5, 1988

| Street | Apt. # | City | State | Zip Code |
|---|---|---|---|---|
| Fora & Bridge | 2 | Hidalgo | TX | 78557 |

F.  Answer the following. If your answer is yes to any question, explain in detail on a separate sheet.

1.  Have you ever in or outside the U. S.:
    a.  knowingly committed a crime for which you have not been arrested?  ☐ Yes  ☒ No
    b.  been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ☒ No
    c.  been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ☒ No

2.  Have you been convicted of any felony or 3 or more misdemeanors committed in the United States?  ☐ Yes  ☒ No

3.  Have you ever exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?  ☐ Yes  ☒ No

4.  Have you received public assistance from any source, including the U.S. government or any state, county, city, or municipality; or are you likely to request public assistance in the future?  ☐ Yes  ☒ No

5.  Do you have, or have you ever had, a mental or physical disorder which does or may pose a threat to yourself or others?  ☐ Yes  ☒ No

6.  Have you ever:
    a.  practiced polygamy or plan to practice polygamy?  ☐ Yes  ☒ No
    b.  within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities?  ☐ Yes  ☒ No
    c.  engaged in any unlawful commercialized vice, including, but not limited to, gambling?  ☐ Yes  ☒ No
    d.  knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ☒ No
    e.  illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

7.  Have you ever engaged in, conspired to engage in, or intend to engage in, or ever solicited membership or funds for, or through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in:
    a.  sabotage, espionage, hijacking, or any other form of terrorist activity?  ☐ Yes  ☒ No
    b.  any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence, or other unlawful means?  ☐ Yes  ☒ No
    c.  any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

8.  Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

9.  Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

10. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

11. Have you ever been excluded from the U.S. within the past year, ever been deported from the U.S., or ever been removed from the U.S. at government expense, or are you now in exclusion or deportation proceedings?  ☒ Yes  ☐ No

12. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents, or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?  ☐ Yes  ☒ No

13. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

Form I-817 (Rev. 05-10-91)N                    Continued on back

## Part 4. Processing Information (con't).

14. Have you ever been a Jnonimmigrant exchange visitor who was subject to the 2 year foreign residence requirement and not yet complied with that requirement?  ☐ Yes  ☒ No

15. Are you now withholding custody of a child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

## Part 5. Complete only if legalized alien is your spouse.   N/A

### Section 1. Additional information about you, the applicant.

Home Phone ( )                                   Work Phone ( )

List all other names used (i.e. maiden name, aliases)


Sex:  ☐ Male  ☐ Female    Number of Prior Marriages: _____

### Section 2. Additional information about your legalized alien spouse.

Home Phone of Legalized Alien ( )           Work Phone of Legalized Alien ( )

List all other names used (i.e. maiden name, aliases)


Sex:  ☐ Male  ☐ Female    Number of Prior Marriages: _____

### Section 3. Information about your marriage.

We were married on: (date)  ___/___/___              We were married in (City, U.S. State or Country)

Type of Ceremony:  ☐ Religious  ☐ Civil  ☐ None       We are:  ☐ Now living together  ☐ Not living together

We are or intend to: (Check one)
- ☐ Live together in a home or apartment
- ☐ Live together with my family
- ☐ Live together with my spouse's family
- ☐ Live together with non-relatives
- ☐ Live separately from each other

We have the following Joint Financial Assets or Contracts: (Check one)
- ☐ Checking and/or Savings account
- ☐ Lease for apartment we occupy
- ☐ Mortgage for home we occupy
- ☐ Credit cards
- ☐ Consumer Loans

List three people (such as relatives, friends, neighbors, co-workers, or employers) who know of your relationship:

| # | Name / Address | Relationship | How long known / Phone number |
|---|---|---|---|
| 1 | Name / Address | Relationship | How long known / Phone number |
| 2 | Name / Address | Relationship | How long known / Phone number |
| 3 | Name / Address | Relationship | How long known / Phone number |

Form I-817 (Rev. 09-10-91)N                        **Continued on back**

**Part 6.** Complete only if you are the child of a legalized alien.

Sex: ☐ Male  ☒ Female        Are you married?  ☒ Yes  ☐ No

My legalized alien parent is my: (check one)

☐ biological mother

☐ biological father who was married to my mother when I was born

☒ biological father who was not married to my mother when I was born

☐ adoptive parent:
  1. Did the adoption occur before your 16th birthday?        ☐ Yes  ☐ No
  2. Did your parent have custody of you for at least 2-years after the adoption?  ☐ Yes  ☐ No
  3. Did you live with your parent for at least 2 years after the adoption?  ☐ Yes  ☐ No

☐ stepparent based on marriage to my parent which occurred before my 18th birthday.

☐ parent based on circumstances not described above (explain in detail on separate paper).

**Part 7.** Signature.  (Read the information on penalties in the instructions before completing this part. You must file this application while in the United States.)

I certify under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature: X *Nelly P. Delgado H.*   Print Your Name: Nelly Patricia DELGADO de Hernandez   Date: 08/17/98

Address: 120 South 500, West,  Hayrum, Utah  84319

**Part 8.** Signature of person preparing form if other than above. (Sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature: *Ludy Rodriguez*   Print Your Name: Ludy Rodriguez   Date: 08/17/98   Daytime Phone Number: 956-968-5468

Firm Name and Address:
JONES & CRANE
P.O. Drawer 1045
901 East 6th St.
Weslaco, TX 78596

Form I-817 (Rev. 06/10/91)N

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NELLY HERNANDEZ-ROBLEDO,    )
                            )
v.                          )        C.A. No.
                            )
E.M. TROMINSKI, INS DISTRICT )
    DIRECTOR                )
_____)


EXHIBIT "C" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

Immigration and Naturalization Service — **Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| LIN-99-168-50983 | I-817 APPLICATION FOR VOL DEPARTURE UNDER FAMILY UNITY PROGRAM |
| RECEIPT DATE: June 13, 1999 | PETITIONER: A29 555 761 DELGADO ROBLEDO, JORGE |
| NOTICE DATE: November 17, 1999  PAGE 1 of 1 | BENEFICIARY: A90 715 657 Principal Alien: DELGADO, PATRICIO |
| ROBERT H. CRANE<br>JONES AND CRANE<br>301 E 6TH ST<br>WESLACO TX 78596 | Notice Type: Approval Notice<br>Valid from 11/17/1999 to 11/17/2001 |

The above application for voluntary departure under the Family Unity Program has been approved. The period of voluntary departure is shown above.

The applicant should make a copy of this notice for his or her records and carry the original to present for proof of immigration status. If the applicant loses this notice, he or she should file Form I-824 to apply for a duplicate.

The applicant may apply for an employment authorization document (EAD) by filing Form I-765 with this office. A copy of this approval notice must be filed with the I-765.

ADDITIONAL INFORMATION

Travel: Voluntary departure does not authorize travel outside the U.S. If an emergency requires travel outside the U.S., the applicant must file an application for advance permission to travel, on Form I-131, with the local INS office.

Renewal: To renew voluntary departure status, the applicant must file a new Form I-817. The application must be filed before the expiration date of the voluntary departure period shown above.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

**RECEIVED NOV 22 1999  BY:** ___

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



Form I-797C (Rev. 09/07/93)N

ABSTRACT OF BIRTH FACTS

United States of Mexico
State of Tamaulipas, Municipality of Camargo

The Official of the Civil Registry, certifies that in Book 2 of the Civil Registry, page 104, Act 304, is found the following:

BIRTH CERTIFICATE

NAME: JORGE DELGADO ROBLEDO
DATE OF BIRTH: August 11, 1976
PLACE OF BIRTH: Valle Hermoso, Tamaulipas
A male child presented alive by his mother on October 2, 1980.

PARENTS:

PATRICIO DELGADO, Mexican, 44 years
PASQUALA ROBLEDO, Mexican, 37 years.

GRANDPARENTS:

Paternal Grandfather:   PEDRO MUNIZ
Paternal Grandmother:   MARIA DEL REFUGIO DELGADO
Maternal Grandfather:   LINO ROBLEDO
Maternal Grandmother:   JUANA CRUZ

WITNESSES:

ERNESTO BRIONES, 28 years
MIGUEL ANGEL RODRIGUEZ, 27 years

Issued at Anahuac, Tamaulipas, November 8, 1988

CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, certify that I am competent in the English and Spanish languages, and that the foregoing is a true and correct English abstract of the birth certificate of Nelly Patricia Delgado Robledo, to the best of my knowledge and belief.

_____
September 20, 2001



# ESTADOS UNIDOS MEXICANOS
## GOBIERNO DEL ESTADO DE TAMAULIPAS
### REGISTRO CIVIL

No. 244864

EN NOMBRE DEL ESTADO LIBRE Y SOBERANO DE **TAMAULIPAS.**
Y COMO DIRECTOR DEL REGISTRO CIVIL DEL ESTADO, CERTIFICO QUE EN EL LIBRO No. **02** DEL ARCHIVO GENERAL DEL REGISTRO CIVIL EN LA FOJA **104** SE ENCUENTRA ASENTADA EL ACTA No. **304** LEVANTADA POR EL C. OFICIAL DEL REGISTRO CIVIL **DESIDERIO GONZALEZ A.**
RESIDENTE EN **ANAHUAC., TAM.**
EN LA CUAL SE CONTIENEN LOS SIGUIENTES DATOS.

FECHA DE REGISTRO 2 DE OCTUBRE DE 1980.

## ACTA DE NACIMIENTO

NOMBRE: **JORGE DELGADO ROBLEDO.**

FECHA DE NACIMIENTO: DIA **11** MES **AGOSTO** AÑO **1976** HORA **2:00 AM**

PRESENTADO: VIVO (X)  MUERTO ( )  MASCULINO (X)  FEMENINO ( )

LUGAR DE NACIMIENTO: **VALLE HERMOSO., TAMPS.**

COMPARECIO: EL PADRE ( )  LA MADRE (X)  AMBOS ( )  PERSONA DISTINTA ( )  REGISTRADO ( )

### PADRES

NOMBRE: **PATRICIO DELGADO.**
NACIONALIDAD: **MEXICANA.**  EDAD **44** AÑOS
NOMBRE: **PASCUALA ROBLEDO.**
NACIONALIDAD: **MEXICANA.**  EDAD **37** AÑOS

### ABUELOS

ABUELO PATERNO: **PEDRO MUÑIZ.** (+)  NACIONALIDAD ###
ABUELA PATERNA: **MARIA DEL REFUGIO DELGADO.** (+)  NACIONALIDAD ###
ABUELO MATERNO: **LINO ROBLEDO ALVARADO.** (+)  NACIONALIDAD ###
ABUELA MATERNA: **JUANA CRUZ LOPEZ.** (+)  NACIONALIDAD ###

### TESTIGOS

NOMBRE: **ERNESTO BRIONES.**  EDAD **28** AÑOS
NACIONALIDAD: ########
NOMBRE: **MIGUEL ANGEL RODRIGUEZ.**  EDAD **27** AÑOS
NACIONALIDAD: ########

No. DE CERTIFICADO DE NACIMIENTO ############  C.U.R.P. ############

### PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE:
PARENTESCO:  EDAD ____ AÑOS

SE EXTIENDE ESTA CERTIFICACION, EN CUMPLIMIENTO DEL ARTICULO **31** DEL CODIGO CIVIL VIGENTE EN EL ESTADO EN LA CIUDAD DE **ANAHUAC** CAPITAL DEL ESTADO DE **TAMAULIPAS** A LOS **08** DIAS DEL MES DE **NOVIEMBRE** DE **1988** DOY FE.

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

**MA. ANTONIA J. DE AVILA.**
NOMBRE                              FIRMA

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


NELLY HERNANDEZ-ROBLEDO,    )
                            )
v.                          )    C.A. No.
                            )
E.M. TROMINSKI, INS DISTRICT )
     DIRECTOR               )
_____ )


EXHIBIT "D" IN SUPPORT OF PETITION
FOR WRIT OF HABEAS CORPUS

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
5272 So. College Dr. Suite #100
Salt Lake City, Utah 84123

File No.   A29 655 763
Date:   September 6, 2001

Nelly Delgado Robledo
120 So. 500 W.
Hyrum, Utah 84319

As you know, following a hearing in your case you were found deportable and the hearing officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to _____Mexico_____ on
                                                   (country)
__September 20, 2001__ from __Salt Lake City, Utah__ on the
        (date)                 (port of departure)
_____To Be Announced_____
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at

5272 South College Drive, #100
__Salt Lake City, Utah 84123__ on __09/20/01 8.00 AM__
         (address)                    (date and time)

completely ready for deportation. At the time of your departure from

__Salt Lake City, Utah__ you will be limited to __40__ pounds of baggage.
  (place of surrender)

Should you have personal effects in excess of this amount you must immediately contact __Deportation Officer, E. Cassidy__ at __(801) 265-0384__, or
                (name of officer)                  (phone no. and ext.)

come in person to the address noted above, and appropriate disposition of your excess baggage will be discussed with you.

Certified Mail  -  7099 3400 0020 1397 4569

E. Cassidy
Deportation Officer
Salt Lake City, Utah

GPO 873 39C

Form I-166
(Rev. 4-1-69)