IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 0 2001

Michael N. Milby
Clerk of Court

NELLY HERNANDEZ-DELGADO,        )
    Petitioner,                              )
                                                      )
v.                                               )    Civil Action No. B-01-161
                                                      )
E.M. TROMINSKI, INS                )
DISTRICT DIRECTOR, et al.      )
    Respondents.                          )
_____)

## UNOPPOSED MOTION TO HOLD
## THE INSTANT CASE IN ABEYANCE

COME NOW, Respondents, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, and hereby files this unopposed motion requesting that the Court hold the instant case in abeyance pending the resolution of an application for Family Unity pending before the Immigration and Naturalization Service ("Service").

After being placed in deportation proceedings, the Petitioner was granted the privilege of departing the United States voluntarily, with an alternative order of deportation should she fail to depart within the specified period of time. Since the Petitioner failed to depart the United States within the specified time period, she is under a final order of deportation.

Under the Family Unity Program created by the Immigration Act of 1990, the Service, on June 30, 1993, gave the Petitioner two years voluntarily depart the United States. The Petitioner failed to renew her application and her "status" lapsed. However, on September 13, 2001, the

Petitioner again filed an application for voluntary departure under the Family Unity Program. That application is still pending before the Service at its Service Center in California.[1]

The parties have agreed that, in the interest of judicial economy, a request be made to this Court hold this case in abeyance until the Service has adjudicated the Petitioner's application for voluntary departure under the Family Unity Program filed on September 13, 2001. Therefore, the Respondents respectfully request that proceedings in the case at bar be held in abeyance until said application is adjudicated by the Service.

Respectfully submitted,

FRANK W. HUNGER
Assistant Attorney General
Civil Division

GREGORY A. SERRES
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
Attorney in Charge
Georgia Bar No. 590315
Federal Bar No. 23937
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Fax: (956) 389-7057

Date: November 16, 2001

---

[1] At the time she filed her application on September 13, 2001, the Petitioner was residing in Hayrum, Utah, and the proper place to file such an application was with the Service Center in Laguna Niguel, California.

2

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Unopposed Motion to Hold the Instant Case in Abeyance was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

LISA M. PUTNAM
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel at the following address, by depositing a copy of it in the United States mail, first class postage prepaid, to:

    Lisa S. Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX 78586

on this the ___16th___ day of ___November___, 2001.

Lisa M. Putnam
Special Assistant U.S. Attorney

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NELLY HERNANDEZ-DELGADO,       )<br>    Petitioner,       )<br>       )<br>v.       )<br>       )<br>E.M. TROMINSKI, INS       )<br>DISTRICT DIRECTOR, et al.       )<br>    Respondents.       )<br>_____)  | Civil Action No. B-01-161 |

## ORDER GRANTING
## UNOPPOSED MOTION TO HOLD
## THE INSTANT CASE IN ABEYANCE

Upon consideration of the unopposed motion to hold the instant case in abeyance pending adjudication of the Petitioner's application for voluntary departure under the Family Unity Program, and good cause appearing therefore;

IT IS HEREBY ORDERED that said motion be, and the same hereby is GRANTED.

Done this _____ day of _____, 2001, in Brownsville, Texas.

_____
PRESIDING JUDGE

4