3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NELLY HERNANDEZ-DELGADO,<br>    Petitioner,<br><br>v.<br><br>E.M. TROMINSKI, INS<br>DISTRICT DIRECTOR, et al.<br>    Respondents. | Civil Action No. B-01-161 |

## ORDER GRANTING
## UNOPPOSED MOTION TO HOLD
## THE INSTANT CASE IN ABEYANCE

Upon consideration of the unopposed motion to hold the instant case in abeyance pending adjudication of the Petitioner's application for voluntary departure under the Family Unity Program, and good cause appearing therefore;

IT IS HEREBY ORDERED that said motion be, and the same hereby is GRANTED.

Done this 29th day of November, 2001, in Brownsville, Texas.

_____
PRESIDING JUDGE

4

#2