United States District Court
Southern District of Texas
ENTERED

NOV 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

NELLY HERNANDEZ-DELGADO           *

vs                                *   CIVIL ACTION NO. B01-161

E.M. TROMINSKI, ET AL             *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## Status Conference

### November 24, 2003, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

BY ORDER OF THE COURT

November 7, 2003

cc:   All Counsel