COURTROOM MINUTES:   **Felix Recio Jr. Presiding**
                     **Southern District of Texas, Brownsville Division**

| | | |
|---|---|---|
| Courtroom Clerk | : | Maria (Sally) Garcia |
| ERO | : | G Mendieta |
| CSO | : | T Yanez |
| Law Clerk | : | M Knicely |

United States District Court
Southern District of Texas
FILED

NOV 2 4 2003

Michael N. Milby
Clerk of Court

Date   :   November 24, 2003 at 2:00 p.m.

---

**CIVIL NUMBER:   B-01-161 (HGT)**

| | | |
|---|---|---|
| NELLY HERNANDEZ-DELGADO | * | LISA BRODYAGA |
| VS | * | |
| E. M. TROMINSKI, ET AL | * | LISA M PUTNAM |

---

## STATUS CONFERNCE

Attorney L Brodyaga present for Nelly Hernandez-Delgado;
Attorney L Putnam present for E.M. Trominski;

L Brodyaga addresses the Court and states being close to resolving the matter within the next couple of weeks;

Court adjourned.