UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

NELLY HERNANDEZ-DELGADO           *

vs                                *   CIVIL ACTION NO. B01-161

E.M. TROMINSKI, ET AL             *

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### Status Conference

**August 19, 2004, 9:00 a.m.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

**BY ORDER OF THE COURT**

July 13, 2004

cc:   All Counsel