


JUL 1 9 2004

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NELLY HERNANDEZ-DELGADO,        )
                                )
v.                              )       C.A. No. B-01-161
                                )
E.M. TROMINSKI, INS DISTRICT    )
    DIRECTOR and                )
JOHN ASHCROFT, UNITED STATES    )
    ATTORNEY GENERAL.           )
_____)


UNOPPOSED MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY JUDGMENT

Nelly Hernandez-Delgado, through counsel, files the instant Unopposed Motion to Dismiss her pending Petition for Writ of Habeas Corpus and Complaint for Declaratory Judgment. In support thereof, she would advise the Court that her application for Family Unity status that was the subject of the instant action has been granted, therefore mooting the instant action. *See,* Exhibit "A" herein incorporated by reference.


Respectfully Submitted,


Lisa S. Brodyaga, Attorney at Law
17891 Landrum Park Rd.
San Benito, TX 78586
(956) 421-3226
Fed. ID:   1178
Texas Bar: 03052800

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with Exhibit and and proposed Order, was mailed, first class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas, 78551, this 17th day of July, 2004.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NELLY HERNANDEZ-DELGADO,            )
                                    )
v.                                  )      C.A. No. B-01-161
                                    )
E.M. TROMINSKI, INS DISTRICT        )
    DIRECTOR and                    )
JOHN ASHCROFT, UNITED STATES        )
    ATTORNEY GENERAL.               )
_____ )

EXHIBIT "A" IN SUPPORT OF

UNOPPOSED MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY JUDGMENT

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ▶ 1

| To | From |
|---|---|
| Lisa Brodyaga | Lisa Putnam |
| Dept./Agency | Phone # 389-7051 |
| Fax # 421-3423 | Fax # 389-7057 |

NSN 7540-01-317-7368  5099-101  GENERAL SERVICES ADMINISTRATION

U.S. Department [of] Immigration and [Naturalization Service]

Print or type [...]

OMB No. 1115-0166

**[Applic]ation for Family Unity Benefits**

FOR INS USE ONLY

REC. 1/29/04 2/7PM  RM

**Part 1. Infor[mation about you]**

Family Name (Last Name): DELGADO de Hernandez
Given Name (First Name): Nelly
Full Middle Name: Patricia
INS A #: 29 655 763
Social Security #: 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
Date of Birth (Month/Day/Year): 04/25/74
Country of Birth: Mexico
Country of Citizenship: Mexico
Sex: ☐ Male  ☒ Female

Home Address:
Street Number and Name (include apartment number): 509 A Hickory Lane
City: Monticello
State: Indiana
Zip: 47960
Daytime Phone (Area Code and Number): 219-583-0326

Mailing Address: (if different from home address)
Street Number and Name/P.O. Box Number: Same

Care Of (for use if you do not have your own mailing address):

City: | State: | Zip Code:

[APPROVED stamp with signature]

**Part 2. Basis for my application.**

1. If you are applying for family unity benefits, select one and place a check in the box describing your relationship to a legalized alien or an alien who is eligible or applied for adjustment of status pursuant to the LIFE Act.

   A. ☐ I am the spouse of an alien who was legalized under section 245A of the INA and we have been married since at least May 5, 1988.

   B. ☐ I am the spouse of an alien who was legalized as a Special Agricultural Worker under section 210 of the INA and we have been married since at least December 1, 1988.

   C. ☐ As of May 5, 1988, I was the unmarried child under the age of 21 of an alien who was legalized under 245A of the INA. I am currently the child, son, or daughter of the same parent. That parent is currently either a legalized alien or a naturalized U.S. citizen who was a legalized alien on or before May 5, 1988, and who maintained such status until his or her naturalization.

   D. ☒ As of December 1, 1988, I was the unmarried child under the age of 21 of an alien who was legalized as a Special Agricultural Worker under section 210 of the INA. I am currently the child, son, or daughter of the same parent. That parent is either a legalized alien or a naturalized U.S. citizen who was a legalized alien on or before December 1, 1988, and who maintained such status until his or her naturalization.

   E. ☐ I am the spouse of a legalized alien who adjusted under section 202 of the Immigration Reform and Control Act of 1986 (Cuban/Haitian Adjustment) and we have been married since at least May 5, 1988.

   F. ☐ As of May 5, 1988, I was the unmarried child under the age of 21 of a legalized alien who adjusted under section 202 of the Immigration Reform and Control Act of 1986 (Cuban/Haitian Adjustment). I am currently the child, son, or daughter of the same parent. That parent is either a legalized alien or a naturalized U.S. citizen who was a legalized alien on or before May 5, 1988, and who maintained such status until his or her naturalization.

Form I-817 (Rev. 04/26/01)N