UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk.

NELLY HERNANDEZ-ROBLEDO,        )
                               )
v.                             )        C.A. No.  01-161
                               )
E.M. TROMINSKI, INS DISTRICT   )
        DIRECTOR               )
_____)

ORDER GRANTING UNOPPOSED MOTION TO DISMISS

Upon consideration of the Unopposed Motion to Dismiss, and exhibits
on file  herein, IT IS HEREBY ORDERED:

That said motion be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the instant cause be dismissed, as moot.

DONE AT Brownsville, Texas
on July 21 , 2004

_____
Hilda G. Tagle
United States District Judge